UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTORY MUNDY,

        Plaintiff,

   v.

ELLIOTT COMPANY, et al.

        Defendants.

CASE NO. C06-619JLR

SHOW CAUSE ORDER REQUIRING SUBMISSION OF INFORMATION REGARDING DIVERSITY JURISDICTION

    The court orders Plaintiff within seven days of the date of this order to serve and file a submission identifying the state where each Defendant corporation "has been incorporated and . . . has its principal place of business." 28 U.S.C. § 1332(c)(1). Plaintiff's statement that each of the Defendant corporations has its respective place of business within a "State other than the State of Washington" is insufficient. Defendants' response to Plaintiff's submission, if any, shall be filed and served within seven days of the date of Plaintiff's submission.

    Dated this 1st day of June, 2006.

                                                   /s/ James L. Robart
                                      JAMES L. ROBART
                                      United States District Judge

SHOW CAUSE ORDER